UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

  -against-

GLENN SCHOEN,

                    Defendant.

--------------------------------------------------------------X

JUDGMENT
05-CV- 0801 (ERK)

An Order of Honorable Edward R. Korman, United States District Judge, having been filed on August 5, 2005, dismissing the case with prejudice; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; and that the case is dismissed with prejudice.

Dated: Brooklyn, New York
       August 05, 2005

                                  ROBERT C. HEINEMANN
                                  Clerk of Court